

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Wichita Co,

Mr. J. C. Sowdy
County Auditor
Wichita Falls, Texas

Dear Sir:

Opinion No. O-1496

Re: May a Tax Assessor-Collector
destroy the original inven-
tory renditions of property
taxpayers for past years,
and if so, how many years
should such records be kept
before being destroyed?

Your letter of September 22, 1939, requesting
an opinion from this department as to whether the Tax
Assessor-Collector can destroy the original inventory
renditions of property taxpayers received.

Article 7223, Revised Statutes, provides:

"The assessor of taxes shall on
or before the first day of August of
each year return his rolls or assess-
ment books of the taxable property
rendered to him or listed by him for
that year, after they have been made
in accordance with the provisions of
this title to the county board of
equalization," * * *.

Article 7223 provides:

"The assessor of taxes shall at
the same time deliver to the board of
equalization all the lists, statements
of all property which shall have been
made out or received by him, and ar-

Mr. J. C. Gowdy - page 2

ranged in alphabetical order, together with the roll withdrawn to aid him in the past assessment. The lists and statements shall be filed in the county clerk's office, and remain there for the inspection of the public".

Under the plain provisions of the above Articles, these original lists of inventory renditions should be arranged by the Tax Assessor-Collector in alphabetical order, and filed in the County Clerk's office, and the County Clerk is thereafter the custodian of same.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

APPROVED OCT 4, 1939

GWB-MR

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION
COMMITTEE
BY